JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGHWAVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GRAND INNOVATIONS USA LLC, VF & CO., and GROCERY OUTLET HOLDING CORP., <br><br> Defendants. | Case No. CV 20-05020-AB (RAOx) <br><br> **ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 19, 2020    _____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.